# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

_____

THE UNITED STATES OF AMERICA

-vs-

**RONALD D. MITCHELL**

**JULY 2025 GRAND JURY**
**(Impaneled 7/25/2025)**

**INDICTMENT**

**Violations:**
Title 21, United States Code, Section
841(a)(1)
(3 Counts, Serious Drug Felony
Allegation, and Forfeiture Allegation)

### COUNT 1

**(Possession with Intent to Distribute 50 Grams or More of Methamphetamine)**

**The Grand Jury Charges That:**

On or about September 17, 2025, in the Western District of New York, and elsewhere, the defendant, **RONALD D. MITCHELL**, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).**

### COUNT 2

**(Distribution of Methamphetamine)**

**The Grand Jury Further Charges That:**

On or about September 17, 2025, in the Western District of New York, and elsewhere, the defendant, **RONALD D. MITCHELL**, did knowingly and intentionally possess with

intent to distribute, and distribute, a mixture and substance containing methamphetamine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 3

**(Possession of Cocaine with Intent to Distribute)**

**The Grand Jury Further Charges That:**

On or about September 17, 2025, in the Western District of New York, and elsewhere, the defendant, **RONALD D. MITCHELL**, did knowingly and intentionally possess with intent to distribute a mixture and substance containing cocaine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## ALLEGATIONS OF PRIOR CONVICTIONS FOR SERIOUS DRUG FELONIES

Before the defendant, **RONALD D. MITCHELL**, committed the offense charged in Count 1 of this Indictment, the defendant had two final convictions for serious drug felonies, that is, violations of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1), for which the defendant served more than 12 months of imprisonment, and for which the defendant was released from serving any term of imprisonment related to the offenses within 15 years of the commencement of the offense charged in Count 1.

2

## FORFEITURE ALLEGATION

### The Grand Jury Alleges That:

Upon conviction of any count of this Indictment, the defendant, **RONALD D. MITCHELL**, shall forfeit to the United States, all his right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and/or any and all property used, and intended to be used, in any manner or part, to commit or to facilitate the commission of said violations.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence,
    b. has been transferred or sold to, or deposited with, a third person,
    c. has been placed beyond the jurisdiction of the Court,
    d. has been substantially diminished in value, or
    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeit substitute property pursuant to Title 21, United States Code, Section 853(p).

**All pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2), and 853(p).**

DATED:  Buffalo, New York, April 22, 2026.

                MICHAEL DIGIACOMO
                United States Attorney

BY:    S/MATT I. KASS
       MATT I. KASS
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       716/548-5748
       Matt.Kass@usdoj.gov

A TRUE BILL:

S/FOREPERSON
FOREPERSON

3