UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.                                                                                    26-CR-00069-HKS

RONALD D. MITCHELL,

Defendant.

## PROTECTIVE ORDER

As part of discovery in this action, the government is providing to counsel for the defendant recordings and corresponding reports of a controlled purchase relevant to the charges in the Indictment. The government has requested a protective order limiting the dissemination of this material on the grounds that the safety and identity of relevant individuals may be compromised.

**NOW**, upon motion of the government, it is hereby

**ORDERED**, that recordings and corresponding reports provided by the government relating to a controlled substance purchase occurring on or about September 17, 2025 and related to acts in the Indictment in this matter (collectively referred to as "the Recordings") shall be used only by that defendant's counsel and the defendant solely in connection with pretrial, trial or other proceedings in this action, including any appeals, shall not be disclosed to the public, and shall not be disclosed to third parties by counsel or the defendant except as necessary in connection with pretrial proceedings, trial preparation or other proceedings in

this action; and it is further

**ORDERED**, that copies of the Recordings and Reports set forth in the above shall not be provided to third parties except those persons or entities employed or engaged for the purpose of assisting in the defense of this action; and it is further

**ORDERED**, that copies of the Recordings and Reports set forth above shall not be provided to the defendant absent further order of the Court; and it is further

**ORDERED**, that if counsel for the defendant provides the defendant with access to the Recordings and Reports, counsel shall ensure that the defendant does not have access to a cellular telephone or any other photographic or video- or audio-recording equipment during such review; and it is further

**ORDERED**, that the unauthorized copying, dissemination, and/or posting of copies, or the contents, of the Recordings and Reports on the internet or through any form of social media shall constitute a violation of the terms of this order; and it is further

**ORDERED**, that nothing in this order shall preclude counsel for the defendant or the defendant from disclosing the Recordings and Reports during the course of the litigation of this action in pretrial proceedings, in memoranda filed, at trial or in post-trial proceedings; and it is further

**ORDERED**, that counsel for the defendant or the defendant may apply to the Court for an order specifically permitting public disclosure of the Recordings and Reports; and it is further

**ORDERED**, that at the conclusion of the litigation of this action, including any direct appeal, counsel for the defendant and the defendant shall return all copies of the Recordings and Reports to the government immediately upon request of the government.

DATED:  Buffalo, New York, July _7_, 2026.

*H. Kenneth Schroeder, Jr.*

HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Court Judge

3